# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 5:19-cr-00581 |
| | : |
| ANGELO PERRUCCI, JR. | : |
| 9322 Richmond Rd. | : |
| Bangor, PA 18013 | : July 22, 2020 |

_____

## AMENDED NOTICE OF SENTENCING HEARING

A **SENTENCING HEARING** in the above case has been scheduled for **Wednesday, August 26, 2020** at **3:00 p.m.** before the Honorable Joseph F. Leeson, Jr. at the Edward N. Cahn Courthouse and Federal Building, Courtroom C, Third Floor, 504 West Hamilton Street, Allentown, Pennsylvania 18101. Please also note the following:

1. **Defendant Required to Appear for Hearing**: Defendant is directed to report to the courtroom on the date and time stated above. If a defendant fails to appear as directed, the bail may be forfeited and a bench warrant issued.

2. **Deadline for Filing Sentencing Memoranda**: Counsel are directed to file their sentencing memoranda no later than seven calendar days before the scheduled sentencing date, and any response thereto must be filed at least three days prior to the scheduled sentencing date.

3. **Procedures to Follow if Defendant is Presently in Jail**: If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

    /s/ Justin F. Wood _____
Justin F. Wood, Criminal Deputy Clerk
The Honorable Joseph F. Leeson, Jr.
Justin_F_Wood@paed.uscourts.gov
610-776-6118

[NO] INTERPRETER REQUIRED –
[YES] THIS PROCEEDING HAS BEEN RESCHEDULED FROM: July 30, 2020
Served on:    Christopher John Mannion, AUSA
               Erv D. McLain, Esquire
               Angelo Perrucci, Jr., Defendant (US Mail)
               U.S. Marshal
               Probation Office
               Pretrial Services
               Crystal Wardlaw